NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

REGINALD DENTON KNIGHT, )
)
        Appellant, )
)
v. ) Case No. 2D14-43
)
STATE OF FLORIDA, )
)
        Appellee. )
_____)

Opinion filed September 18, 2015.

Appeal from the Circuit Court for Highlands
County; William D. Sites, Judge.

Reginald Denton Knight, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed without prejudice to any right Knight may have to file a timely and

sufficient motion for postconviction relief pursuant to Florida Rule of Criminal Procedure

3.850.

SILBERMAN, LaROSE, and BADALAMENTI, JJ., Concur.